## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                July 3, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 13-cv-01276-RPM

TOBY DELANEY,                                                    Bruce J. Kaye

      Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,                           Brian J. Spano
LIBERTY MUTUAL INSURANCE GROUP INC.,                             Lyndsay K. Arundel
LIBERTY MUTUAL GROUP OF BOSTON,
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE GROUP, and
LIBERTY INSURANCE CORPORATION,

      Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Remand and Status Conference**

**10:57 a.m.**     **Court in session.**

Court's preliminary remarks and states its summary of the procedural history of the case, its facts and claims.

Argument by Mr. Kaye.
Mr. Kaye informs the Court of the status of the worker's compensation proceeding.

Argument by Mr. Spano.
Rebuttal argument by Mr. Kaye.

**ORDERED:**     **Plaintiff's Motion to Remand [12], is denied.**

Statements by Mr. Spano.

**ORDERED:**     **Scheduling conference set for July 19, 2013 at 2:00 p.m.**

**11:33 a.m.**     **Court in recess.**     Hearing concluded.  Total time: 36 min.