THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01276-RPM

TOBY DELANEY,

     Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE GROUP INC.,
LIBERTY MUTUAL GROUP OF BOSTON,
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE GROUP, and
LIBERTY INSURANCE CORPORATION,

     Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to today's hearing, it is

ORDERED that a scheduling conference will be held on **July 19, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 11, 2013.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

     Dated: July 3rd, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge