THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01276-RPM

TOBY DELANEY,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE GROUP INC.,
LIBERTY MUTUAL GROUP OF BOSTON,
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE GROUP, and
LIBERTY INSURANCE CORPORATION,

    Defendants.
_____

### ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon review of Plaintiff's motion to amend complaint [19] and pursuant to the July 19, 2013, scheduling conference, it is

    ORDERED that the motion is granted and the amended complaint attached thereto is accepted for filing.

    Dated: August 20th, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge