THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01276-RPM

TOBY DELANEY,

    Plaintiff,

v.

LIBERTY INSURANCE CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [27] filed December 23, 2013, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated: December 26th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge